# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

UNITED STATES OF AMERICA

v.

OLIVIA WILKINS

Case No. 2:25-cr-00166-LEW

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
### (Assault)

On about August 25, 2025, in the District of Maine, the defendant

**OLIVIA WILKINS**

did intentionally and forcibly assault, impede, intimidate and interfere with a U.S. Border Patrol Agent while that agent was engaged in the performance of his official duties, and such acts were committed with a dangerous weapon.

In violation of Title 18, United States Code, Sections 111(a)(1) and (b).

Signature Redacted – Original on file with the Clerk's Office

FOREPERSON

ASSISTANT UNITED STATES ATTORNEY

DATED: OCTOBER 22, 2025