**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

UNITED STATES OF AMERICA

v.                                                    No. 2:25-cr-0166-LEW

OLIVIA WILKINS

**PROSECUTION VERSION**

If this case were to proceed to trial, the Government would prove the following facts beyond a reasonable doubt:

On about August 25, 2025, a United States Border Patrol agent responded to the scene of a one-vehicle crash in Washington, Maine, due to on-scene law enforcement's belief that at least one occupant may be unlawfully present in the United States. As law enforcement personnel conducted their investigation on the roadside, Defendant happened upon the scene as the driver and sole occupant of a Lexus ES300 sedan, and parked in close proximity to officers. Police spoke with Defendant, who remained in the vehicle, during which the Defendant voiced concerns about Border Patrol's presence at the scene. Defendant was permitted at that time by a Knox County Sheriff's deputy to move the vehicle further back from the crash to continue observing law enforcement. The U.S. Border Patrol agent, performing his official duties, subsequently placed an individual from the crash into custody as being unlawfully present in the United States. As the agent was walking with the individual to his Border Patrol vehicle, the Defendant intentionally quickly accelerated the Lexus sedan toward the agent escorting the detained individual. The agent responded by pulling the individual off the roadside away from the oncoming vehicle. The Defendant stopped the vehicle short, then swerved back

into the lane of travel before fleeing the scene. Maine State Police troopers subsequently caught up to the Defendant a short distance away, at which time the Defendant was placed under arrest.

Dated: March 18, 2026                    Respectfully submitted,

                                         ANDREW B. BENSON
                                         UNITED STATES ATTORNEY

                                         */s/ Peter I. Brostowin*
                                         Peter I. Brostowin
                                         Assistant U.S. Attorney
                                         United States Attorney's Office
                                         100 Middle Street
                                         6th Floor, East Tower
                                         Portland, ME 04101
                                         Peter.Brostowin@usdoj.gov

2